UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEFFREY NEGRON,

    Plaintiff,

v.

REXAM COSMETIC PACKAGING INC.,

    Defendant.

Civil Action Number
3:01 CV 71 (SRU)

October 16, 2003

## NOTICE OF APPEAL

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff Jeffrey Negron appeals the instant matter to the United States Court of Appeals for the Second Circuit.

Plaintiff appeals from each and every part of the District Court's decision on the Defendant's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, which decision resulted in Judgment for the Defendant and closed this case.

The Judgment at issue was entered September 17, 2003.

Respectfully submitted,

_____
Craig T. Dickinson (Fed. Bar No.: CT18053)
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue - Suite 201
Hartford, CT 06106
(860) 246-2466

TO:    David A. Ryan, Jr.
        Ryan & Ryan, LLC
        105 Court Street – Suite 303
        New Haven, CT 06511