## DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __November 21, 2003__    TO:    Intake Clerk    FILED

                              FROM: __Cassandra Warren (203)579-5759__    2003 DEC 10 P 12: 11

**CASE TITLE:**    NEGRON VS. REXAM

**DOCKET NO.:**    — 3:01 CV 71 - SRU

**NOTICE OF APPEAL:**    filed: __10/16/03__

**APPEAL FROM:**    final judgment: ✓

                    interlocutory: __

                    other: __

**DOCKET SHEET:**    Attorney, updated address & phone number for each party __Y__

                    All parties are listed on Docket Sheet (Including Third Parties) __Y__

                    All docket entries and dates are included __Y__

**FEE STATUS:**    Paid ✓    Due ____    N/A ____

                    IFP revoked ____    Application Attached ____

                    IFP pending before district judge ____

**COUNSEL:**    CJA ____    Retained ____    Pro Se ____

**TIME STATUS:**    Timely ✓    Out of Time ____

**MOTION FOR EXTENSION OF TIME:**    Granted ____    Denied ____

**COA:**    Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: ___SP.___    DATE: __12-1-03__
                DEPUTY CLERK, USCA