UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEFFREY NEGRON,

                Plaintiff,

   v.

REXAM COSMETIC PACKAGING INC.,

                Defendant.

3:01 CV 71 (SRU)

USCA NO. 03-9523

February 13, 2004

INDEX TO THE RECORD ON APPEAL

| Date Filed | Court No. | Document Name | Document No. |
|---|---|---|---|
| 1/16/2001 | 1 | COMPLAINT | 1 |
| 4/26/2001 | 14 | ANSWER & Affirmative Defenses to Complaint by Rexam, Inc. | 2 |
| 5/02/01 | 15 | MOTION by Jeffrey Negron to Amend complaint | 3 |
| 6/11/2001 |  | ENDORSEMENT granting motion to amend complaint | 4 |
| 6/11/2001 | 19 | AMENDED COMPLAINT | 5 |
| 1/30/03 | 35 | MOTION by Jeffrey Negron to amend Amended Complaint | 6 |
| 1/30/03 | 36 | STIPULATION of dismissal of parties Ronald Canty, Todd Kneas, Richard DiNicola | 7 |
| 1/31/2003 |  | ENDORSEMENT granting motion to amend amended complaint by Jeffrey Negron | 8 |

| Date Filed | Court No. | Document Name | Document No. |
|---|---|---|---|
| 1/31/2003 | 37 | SECOND AMENDED COMPLAINT | 9 |
| 1/31/2003 | 38 | MOTION by Rexam, Inc. for Summary judgment on all 7 Counts of Second Amended Complaint | 10 |
| 1/31/2003 | 39 | MEMORANDUM by Rexam, Inc. in support of [38-1] motion for Summary Judgment on all 7 counts of Second Amended Complaint | 11 |
| 1/31/2003 | 40 | STATEMENT of Material Facts by Rexam, Inc. regarding [38-1] motion for Summary Judgment on all 7 counts of Second Amended Complaint | 12 |
| 2/6/2003 | | ENDORSEMENT so ordered stipulation of dismissal of case as to Canty, Kneas and DiNicola | 13 |
| 3/24/2003 | 42 | MEMORANDUM by Jeffrey Negron in opposition to [38-1] motion for Summary Judgment on all 7 counts of Second Amended Complaint | 14 |
| 3/24/2003 | 43 | STATEMENT of Material Facts by Jeffrey Negron regarding [38-1] motion for Summary Judgment on all 7 counts of Second Amended Complaint | 15 |
| 4/22/2003 | 45 | REPLY by Rexam, Inc. in response to [38-1] motion for Summary Judgment on all 7 counts of Second Amended Complaint by Rexam, Inc. | 16 |

| Date Filed | Court No. | Document Name | Document No. |
|---|---|---|---|
| 9/15/2003 | 46 | Motion hearing held re.: [38-1] motion for Summary Judgment on all 7 counts of Second Amended Complaint by Rexam, Inc. | 17 |
| 9/15/2003 |  | MINUTE Entry: granting [38-1] motion for Summary Judgment on all 7 counts of Second Amended Complaint | 18 |
| 9/17/2003 | 47 | JUDGMENT for Rexam, Inc. against Jeffrey Negron | 19 |
| 10/16/2003 | 48 | NOTICE OF APPEAL as to Order on Motion for judgment by Jeffrey Negron | 20 |
|  |  | TRANSCRIPT of Oral Argument at motion hearing held re.: [38-1] motion for Summary Judgment on all 7 counts of Second Amended Complaint | 21 |

Respectfully submitted,

_____
Craig T. Dickinson (Fed. Bar No.: CT18053)
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue - Suite 201
Hartford, CT 06106
(860) 246-2466

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was sent by first class mail on this date to the following counsel of record:

David A. Ryan, Jr.
Ryan & Ryan, LLC
105 Court Street – Suite 303
New Haven, CT 06511

                                                          _____
                                                          Craig T. Dickinson